# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 5D2025-2415
L.T. Case No. 2025-100108-CFDL

———————————————————

CHANNING T. WHITES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Volusia County.
Karen Adams Foxman, Judge.

Matthew J. Metz, Public Defender, and Brian Matthew Hyer, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

January 22, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, SOUD, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————